**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140
Oakland, California 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoLynn McCabe, an individual | ) Case No.: 3:21-cv-7236 |
| | ) |
| Plaintiff, | ) COMPLAINT FOR DAMAGES |
| | ) (42 U.S.C § 1983) |
| v. | ) |
| | ) |
| ALAMEDA COUNTY, a municipal | ) |
| corporation; DOES 1-25, inclusive | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 1

## __INTRODUCTION__

1.   On September 13, 2020, officers of the Fremont Police Department arrived at the JoLynn McCabe's home after her husband called 911 to request an ambulance for his wife. From her front yard, Mrs. McCabe told the officers that she did not need assistance.  However, when she took a single step onto the sidewalk, the officers arrested her for public intoxication.

2.   Mrs. McCabe was then transported to Santa Rita Jail. She began experiencing a panic attack and requested that yet-to-be-identified Deputies at the Jail give her a moment to calm down before being placed in the tiny holding cell. The Deputies ignored her cries for help, instead forcing her into the cell. Mrs. McCabe continued begging the Deputies not to put her in the cell, but never acted aggressively towards them nor made any threats.

3.   A yet-to-be-identified Deputy then grabbed Mrs. McCabe and pushed her into the cement as part of a take-down maneuver. The Deputy's push caused Mrs. McCabe's head to slam into the cement, resulting in injuries to her head and face. Mrs. McCabe had significant bruising and swelling in both eye sockets, the bridge of her nose, and her forehead. The pictures below show Mrs. McCabe before and after the incident.

 

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

4.     The yet-to-be-identified Deputies then left Mrs. McCabe alone in the holding cell while her injuries worsened. After numerous pleas from Mrs. McCabe, the Deputies summoned medical attention. She was then transported via ambulance to a nearby hospital to be treated for her injuries. No criminal charges were brought against Mrs. McCabe.

## JURISDICTION

5.     This action arises under Title 42 of the United States Code, Section 1983. Jurisdiction is conferred upon this Court by Title 28 of the United States Code, Sections 1331 and 1343.  The unlawful acts and practices alleged herein occurred in Alameda County, California, which is within this judicial district.

## PARTIES

6.     Plaintiff JOLYNN MCCABE (hereinafter "Plaintiff") is an adult. She is a resident of California and a citizen of the United States.

7.     Defendant ALAMEDA COUNTY (hereinafter "County") is an incorporated public entity duly authorized and existing as such in and under the laws of the State of California; and at all times herein mentioned, Defendant County has possessed the power and authority to adopt policies and prescribe rules, regulations and practices affecting the operation of the Alameda County Santa Rita Jail and its tactics, methods, practices, customs, and usage. At all relevant times, Defendant County was the employer of Defendant DOES 1-25, individually and as peace officers.

8.     Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 25, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each Defendant so named was employed by Defendant County at the time of the conduct alleged herein. Plaintiff alleges that each of

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 3

Defendants DOES 1 through 25 were responsible for the training, supervision and/or conduct of the police officers and/or agents involved in the conduct alleged herein. Plaintiff alleges that each of Defendants DOES 1 through 25 was also responsible for and caused the acts and injuries alleged herein. Plaintiff will amend this Complaint to state the names and capacities of DOES 1 through 25, inclusive, when they have been ascertained.

9.   Plaintiff filed a timely government tort claim with Defendant COUNTY, which was rejected on or about March 19, 2021.

## FACTUAL ALLEGATIONS

10. On the afternoon of September 13, 2020, Plaintiff was in her home in Fremont, California, when her husband requested an ambulance for his wife. Instead of medical attention, officers of the Fremont Police Department arrived to the scene.

11. Plaintiff went to the front yard of her home to see what the officers needed. She was displaying signs of intoxication and was unaware that her husband had called 911, but was not engaged in any illegal activity. The officers explained that they were there to conduct a wellness check on her. Plaintiff declined, telling the officers that she did not need assistance. However, Plaintiff eventually took one step onto the sidewalk. At that point, the officers arrested her for public intoxication and transported her to the Alameda County Santa Rita Jail.

12. Yet-to-be-identified Deputies at the Santa Rita Jail booked Plaintiff and escorted her to a holding cell. Plaintiff began suffering a panic attack as she approached the cell and asked the Deputies to give her time to calm down. They refused, instead physically forcing her into the cell. Plaintiff's only resistance during this entire interaction was her continued begging of the Deputies not to put her in the cell; she did not act aggressively towards them or make threats.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400
COMPLAINT FOR DAMAGES
- 4

13. Once they were inside the cell, a yet-to-be-identified Deputy performed a maneuver on Plaintiff that pushed her head into the cement. By doing this, the Deputy caused Plaintiff's head to slam into the cement in the cell. Plaintiff suffered severe bruising and swelling in both eye sockets, nose, and forehead.

14. The yet-to-be-identified Deputies then left Plaintiff in the cell by herself while her face continued to swell. Plaintiff repeatedly requested medical attention. The Deputies initially ignored Plaintiff's pleas for help. Eventually, they summoned medical staff.

15. Plaintiff was then transported to a nearby hospital where she received medical care for her injuries. She was later discharged from the hospital and released from custody. The Alameda County Sheriff's Office subsequently declined to seek charges against Plaintiff.

## DAMAGES

16. As a consequence of Defendants' violations of Plaintiff's federal civil rights under 42 U.S.C. §1983 and the Fourth Amendment, Plaintiff was physically, mentally, emotionally, and financially injured and damaged as a proximate result of Defendants' wrongful conduct.

17. Plaintiff found it necessary to engage the services of private counsel to vindicate his rights under the law. Plaintiff is therefore entitled to an award of attorneys' fees and/or costs pursuant to statue(s) in the event that he is the prevailing party in this action under 42 U.S.C. §§ 1983 and 1988. Plaintiff is also entitled to punitive damages under 42 U.S.C. §§ 1983 and 1988.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**(Fourth Amendment – Excessive Force under 42 U.S.C. Section 1983)**
*(PLAINTIFF individually against  DOES 1-25)*

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 5 -

18. Plaintiff hereby re-alleges and incorporates by reference each and every paragraph of this Complaint.

19. Defendant Doe Deputy caused Plaintiff to suffer serious injuries when they pushed her while she was in the holding cell, causing her to fall and hit her head on the cement bench in the cell. Plaintiff, in the midst of suffering a panic attack, did not act aggressively towards staff of Santa Rita Jail nor engage in any other conduct that suggested that Plaintiff posed a threat to herself others. Defendant Doe Deputy's conduct was excessive and unconstitutional, which violated both their official training and Plaintiff's constitutional rights under the Fourth Amendment.

20. As a result of their misconduct, Defendants are liable for Plaintiffs' injuries and/or damages.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

### SECOND CAUSE OF ACTION
**(Violation of CALIFORNIA CIVIL CODE § 52.1 "The Bane Act")**
*(PLAINTIFF individually against Defendants ALAMEDA COUNTY and DOES 1-25)*

21. Plaintiff hereby re-alleges and incorporates each and every paragraph in this Complaint as fully set forth here.

22. Plaintiff hereby re-alleges and incorporates by reference each and every paragraph of this Complaint.

23. Plaintiff brings this "Bane Act" claim individually for direct violation of his own rights.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 6

24. By their conduct described herein, Defendants and Does 1-50, acting in concert/conspiracy, as described above, violated Plaintiff's rights under California Civil Code §52.1, and the following clearly-established rights under the United States Constitution and the California Constitution:

    a.   Plaintiff's right to be free from excessive and unreasonable force, as secured by the Fourth Amendment to the United States Constitution and by Article 1, § 13 of the California Constitution;

25. Excessive force, which violates the Fourth Amendment, also violates the Bane Act. Defendants' use of unlawful force against Plaintiff, in and of itself, satisfies the "by threat, intimidation, or coercion" requirement of the Bane Act.

26. Further, any volitional violation of rights done with reckless disregard for those rights also satisfies the "by threat, intimidation, or coercion" requirement of the Bane Act. All of Defendants' violations of duties and rights were volitional, intentional acts, done with reckless disregard for Plaintiffs' rights; none was accidental or merely negligent.

27. Alternatively, Defendants violated Plaintiff's rights by the following conduct constituting threat, intimidation, or coercion that was above and beyond any lawful seizure or use of force:

    a.   Threatening Plaintiff in the absence of any threat presented by Plaintiff or any justification whatsoever;

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 7 -

b.  Using deliberately reckless and provocative tactics to apprehend Plaintiff in violation of generally accepted law enforcement training and standards, and in violation of Plaintiff's rights;

c.  Defendants striking and/or physically accosting Plaintiff in the absence of any threat or need for such force;

d.  Threatening violence against Plaintiff, with the apparent ability to carry out such threats, in violation of Civ. Code § 52.1(j);

e.  Using excessive, unreasonable, and unjustified force against Plaintiff while they attempted to comply with the officers;

f.  Failing to intervene to stop, prevent, or report the unlawful seizure and use of excessive and unreasonable force by other officers;

g.  Violating multiple rights of Plaintiff;

h.  Arresting Plaintiff for no reason.

i.  Using force to intimidate, silence and/or punish Plaintiff as retaliation for Plaintiff exercising his First Amendment Right and/or dissuade him from lawfully filming the police.

28. Defendant COUNTY is vicariously liable, pursuant to California Government Code § 815.2, for the violation of rights by its employees and agents.

As a direct and proximate result of Defendants' violation of California Civil Code §52.1 and of Plaintiffs' rights under the United States and California Constitutions, Plaintiff sustained injuries and damages, and against all Defendants and is entitled to relief as set forth above, including punitive

POINTER & BUENLA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 8

damages against Defendants and Does 1-50, and including all damages allowed by California Civil Code §§ 52, 52.1, and California law, not limited to costs, attorneys fees, treble damages, and civil penaltiesWHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

**THIRD CAUSE OF ACTION**
**(Battery—Violation of CALIFORNIA PENAL CODE § 242)**
*(PLAINTIFF against Defendants ALAMEDA COUNTY and DOES 1-25)*

29. Plaintiff hereby re-alleges and incorporates each and every paragraph in this Complaint as fully set forth here.

30. Defendant Doe Deputy, while working for the Alameda County Sheriff's Office, and acting within the course and scope of their duties, intentionally struck and/or injured Plaintiff..

31. As a result of Defendant Doe Deputy's conduct, Plaintiff suffered significant injury to her nose, cheeks, eye sockets, and forehead. Defendant Doe Deputy did not have legal justification for using force against Plaintiff. The use of force while carrying out their official duties was unreasonable and thus constituted battery.

32. Defendant COUNTY is vicariously liable for the wrongful acts and omissions of its employees and agents pursuant to Cal. Gov. Code section 815.2

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

**FOURTH CAUSE OF ACTION**
**(Negligence)**
*(PLAINTIFF against Defendant ALAMEDA COUNTY and DOES 1-25)*

33. Plaintiff hereby re-alleges and incorporates each and every paragraph in this Complaint as fully set forth here.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400
COMPLAINT FOR DAMAGES
- 9

34. The present action is brought pursuant to §§ 820 and 815.2 of the California Government Code. Pursuant to § 820 of the California Government Code, as public employees, Does 1-25 are liable for injuries caused by their acts or omissions to the same extent as a private person. At all times mentioned herein, Does 1-25 were acting within the course and scope of their employment and/or agency with Defendant County. As such, Defendant County is liable in respondeat superior for the injuries caused by the acts and omissions of DOES 1-25 pursuant to § 815.2 of the California Government Code.

35. Defendant Doe Officers negligently and without due care shoved Plaintiff into the cement , causing Plaintiff to hit her head. Plaintiff was injured as a proximate and direct cause of the Defendants' negligent conduct.

36. Defendant Doe Officers' unjustified use of force on Plaintiff occurred as a result of the absence of due care for the safety of others and constituted an unreasonable, unwarranted, and excessive use of force and manifested an unreasonable risk of injury to Plaintiffs.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

## JURY DEMAND

Plaintiffs hereby demand a jury trial in this action.

## PRAYER

Wherefore, Plaintiffs pray for relief, as follows:

1.  For general damages in a sum according to proof;

2.  For special damages in a sum according to proof;

3.  For punitive damages against DOES 1-25;

4.  All other damages, penalties, costs, interest, and attorney fees as allowed by 42 U.S.C. §§ 1983 and 1988, Cal. Civil Code §§ 52 et seq., 52.1 and as otherwise

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400
COMPLAINT FOR DAMAGES
- 10

may be allowed by California and/or federal law against Defendant ALAMEDA COUNTY and its employees;

5.  For cost of suit herein incurred; and

6.  For such other and further relief as the Court deems just and proper.

Date: September 17, 2021                     Respectfully submitted,

                                   **POINTER & BUELNA, LLP**
                                   **LAWYERS FOR THE PEOPLE**
                                   /s/ Patrick Buelna
                                   PATRICK M. BUELNA
                                   ADANTÉ D. POINTER
                                   COUNSEL FOR PLAINTIFFS

LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

COMPLAINT FOR DAMAGES
- 11